**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CT CENTER OF FLINT, LLC,

      Plaintiff,

v.                                    Case No. 13-13939

SIEMENS MEDICAL SOLUTIONS
USA INC.,

      Defendant.

                                           /

**ORDER SUSPENDING FORMAL DISCOVERY**

On October 3, 2013, the parties appeared for a telephonic scheduling

conference.  The parties informed the court that they may be able to reach a settlement.

In an effort to conserve resources pending further discussions between the parties,

IT IS ORDERED that formal discovery is SUSPENDED for four weeks.  The

parties may continue with voluntary discovery.

IT IS FURTHER ORDERED that counsel shall provide an update to the court in a

telephone conference on **November 4, 2013, at 4:00 p.m**.  The court will place the call.


                                   s/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 4, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\13-13939.CTCENTEROFFLINT.OrderSuspendingDiscovery.rljr.wpd